**Ronald D. WEAVER, Petitioner,**

v.

**John E. STRINE and Robert Holland, Respondents.**

Supreme Court of Pennsylvania.

May 5, 1998.

### ORDER

PER CURIAM.

AND NOW, this 5th day of May, 1998, the above-captioned Petition for Allowance of Appeal is GRANTED. The Order of the Commonwealth Court is VACATED pursuant to *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (Pa.1998), and the matter is REMANDED to the court of common pleas for proceedings consistent with our *Jacobs* decision.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Jill Louise RYGWALSKI, Respondent.**

**No. 160 Disciplinary Docket, No. 3–Supreme Court.**

Supreme Court of Pennsylvania.

May 5, 1998.

### ORDER

PER CURIAM:

AND NOW, this 5th day of May, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 9, 1998, it is hereby

ORDERED that JILL LOUISE RYGWALSKI, be and she is SUSPENDED from the Bar of this Commonwealth for a period of five (5) years, retroactive to November 13, 1995, and she shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.